1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    LUCIO JUSTO RAMOS CARRILLO,              No.  2:25-cv-1927 CSK P

12              Petitioner,

13         v.                                   ORDER

14    SAN JOAQUIN COUNTY SHERIFF,[1]

15              Respondent.

16

17         Petitioner is a county jail inmate proceeding pro se.  On July 15, 2025, the Court ordered

18    petitioner to file a petition for writ of habeas corpus on the proper form, and to submit an

19    application to proceed in forma pauperis or pay the filing fee.  (ECF No. 3.)  On July 24, 2025,

20    petitioner filed the application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, and a

21    motion to proceed in forma pauperis.  (ECF Nos. 5, 6.)  However, petitioner's motion to proceed

22    in forma pauperis is incomplete.  Petitioner did not answer question number three on page one,

23    and the form was not certified by jail officials as required at the bottom of page two.  (EC No. 6.)

24    Petitioner is granted an extension of time to submit a completed application to proceed in forma

25    pauperis.

26    ///

27
      _____
28    [1]  The Sheriff of San Joaquin County is substituted as respondent.  Fed. R. Civ. P. 25(d);
      Rumsfeld v. Padilla, 542 U.S. 426, 435 (2004).

                                                1

1      In accordance with the above, IT IS HEREBY ORDERED that:

2      1.  Petitioner shall submit, within thirty days from the date of this order, a completed

3 application to proceed in forma pauperis; petitioner's failure to comply with this order will result

4 in a recommendation that this action be dismissed; and

5      2.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis

6 form used by this district.

7

8 Dated:  July 31, 2025

9                                 _____

                              CHI SOO KIM

10                               UNITED STATES MAGISTRATE JUDGE

11 /1/ramo1927.ifp

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2